Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

NICHOLAS MEDELEZ,

           Defendant.

**1:22-CR-2050-SAB**
INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Distribution of 5 Grams or More of Actual (pure) Methamphetamine (Counts 1, 3)

21 U.S.C. § 841(a)(1), (b)(1)(C)
Distribution of 50 Grams or More of Actual (pure) Methamphetamine (Count 2)

21 U.S.C. § 853
Forfeiture Allegation

The Grand Jury charges:

COUNT 1

On or about April 6, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS MEDELEZ, knowingly and intentionally distributed 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

INDICTMENT – 1

## COUNT 2

On or about May 7, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS MEDELEZ, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about September 9, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS MEDELEZ, knowingly and intentionally distributed 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, NICHOLAS MEDELEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this 10 day of May 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3