FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>NICHOLAS MEDELEZ,<br><br>     Defendant. | No. 1:22-CR-02050-SAB-1<br><br>**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Supervised Release, ECF No. 55. Defendant is representing himself in the matter. The Government is represented by Thomas Hanlon. The Motion was considered without oral argument.

Defendant moves the Court to modify his conditions of release to allow him to reside in South Carolina with his fiancée. The Government did not file a response to the Motion.

Under 18 U.S.C. § 3583(e)(2), a sentencing court may modify the conditions of supervised release at any time prior to expiration or termination of the supervised release term. In evaluating a request to modify supervised release conditions, the court must consider the following factors: (1) the nature and circumstances of the offense; (2) the history and characteristics of the defendant; (3) the need for deterrence; (4) the need to protect the public; (5) the need to

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE
* 1**

provide the defendant with training, medical care, or other correctional treatment; (6) the kinds of sentence and sentencing range established for the offense; and (7) the need to avoid unwanted sentencing disparities. 18 U.S.C. § 3553(a).

Defendant's request was originally rejected by the United States Probation Office due to the short period of time and the circumstances under which Defendant has known his fiancée. For the same reasons, and because Defendant still has 18 months remaining on his sentence and circumstances may change, the Court denies Defendant's Motion. The Court notes that Defendant may request a transfer of supervision after the conclusion of his sentence.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Defendant's Motion to Modify Conditions of Supervised Release, ECF No. 55, is **DENIED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, *pro se* Defendant, and U.S. Probation.

**DATED** this 8th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE** * 2